United States District Court
Southern District of Texas
**ENTERED**
June 28, 2024
Nathan Ochsner, Clerk

THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| 3K1 Investments, LLC, | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. H-23-047 |
| Pacific Employers Insurance Company, | § § § | |
| Defendant. | § | |

## O R D E R

On June 28, 2024, Defendant, Pacific Employers Insurance Company, through counsel notified the Court that a settlement had been reached in this action with Plaintiff, 3K1 Investments, LLC.

Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** to the right of counsel to move for reinstatement within **thirty (30) days** of entry of this order on presentation of adequate proof that the settlement could not be consummated.

All motions currently pending are **DENIED** without prejudice. Any movant seeking to resubmit or reurge those motions must do so within fourteen (14) days from the date any motion for reinstatement is filed.

**SIGNED** at Houston, Texas, on this 28th day of June, 2024.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE